IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN CARLOS FLORES,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:14CV825
                                 )
MR. WHITMIRE, et al.,            )
                                 )
          Defendant(s).          )

**ORDER**

On August 12, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 31 and 32.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the motion to dismiss filed by Defendant Dr. Harold[1] (Doc. 26) is **DENIED**.

This the 4th day of September, 2015.

_____
United States District Judge

---

[1] Defendant Sampson Harrell, M.D., is incorrectly named in the Complaint as "Dr. Harold."